IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Ronald L. Legg, | ) | C/A No.: 1:12-481-RMG-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Southern Health Partners (Jodi Harrison), | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff, proceeding *pro se* and in forma pauperis, brought this action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights while incarcerated at J. Reuben Long Detention Center ("JRLDC"). This matter is before the court on Plaintiff's motion for subpoenas [Entry #29]. All pretrial proceedings in this case were referred to the undersigned pursuant to the provisions of 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.).

Plaintiff's motion contains a list of documents he seeks in connection with his lawsuit. Although Plaintiff states that he is seeking these documents from JRLDC, it appears that all or some of the documents may be in the possession of defendant Southern Health Partners ("Defendant"). It does not appear from the motion that Plaintiff has submitted the requests to Defendant prior to filing his motion. Plaintiff is advised that the proper procedure for requesting documents from Defendant is contained in Federal Rule of Civil Procedure 34. Specifically, requests for documents should be served on counsel for Defendant and should not be filed with the court absent a dispute between the parties

after previous service. Therefore, Plaintiff's motion for subpoena [Entry #29] must be denied.

IT IS SO ORDERED.

April 16, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge